UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE LEE BROWN,

    Plaintiff,

vs                                                        Case No: 14-10812
                                                        Honorable Victoria A. Roberts

CITY OF DETROIT, ET AL,

    Defendants.
_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

On July 18, 2013, the City of Detroit filed a voluntary petition for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013, Judge Steven Rhodes entered an order confirming the automatic stay on all proceedings against the City imposed under section 922 of the Bankruptcy Code upon the filing of the petition. *In re City of Detroit, Michigan,* No. 13-53846 [dkt. #167] (Bankr. E.D. Mich. July 25, 2013). The stay applies to "judicial, administrative, or other action[s] or proceeding[s] against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City." *Id.* at 3. This action against the City of Detroit and officers of the City of Detroit seeks to recover damages by enforcing a claim against the City of Detroit, which by law may be obliged to satisfy a judgment against such officers.

The Court will stay and administratively close this matter.

Accordingly, it is ORDERED

(1) Proceedings are **STAYED**;

1

(2) This case is **CLOSED** for administrative and statistical purposes without prejudice because the defendant is involved in a bankruptcy case in which a stay of proceedings or an injunction is in effect. This closing does not constitute a decision on the merits;

(3) If the bankruptcy stay or the injunction is removed, or a party obtains relief from the stay, then the case may be reopened upon the motion of any party; and

(4) Any party may apply to the bankruptcy court for relief from the automatic stay under 11 U.S.C. § 362(d)-(g).

**ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: March 31, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 31, 2014.

s/Linda Vertriest
Deputy Clerk